UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61479-CV-UNGARO

DONALD R. ARNESON,
    Petitioner,
v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255.  (D.E. 1.)  The matter was referred to Magistrate Judge Chris M. McAliley who on June 16, 2008 issued a Report recommending that the Petitioner's motion be denied.  The matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of August, 2008.

                                    _____
                                    URSULA UNGARO
                                    UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record